UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                               Case No. 17-CR-223

ROBERT R. LOSSE,

        Defendant.

## ORDER DENYING MOTION FOR SENTENCE REDUCTION

    Robert R. Losse was convicted of Conspiracy to Distribute and Possess with Intent to Distribute large quantities of Methamphetamine. On September 17, 2018, the court imposed a sentence of 180 months, or 15 years. Losse's Guideline range was 360 months to life. This was based on a total offense level of 39 and a Criminal History Category of VI. Losse was determined to be the local leader of a large-scale Methamphetamine ring. Now before the court is Losse's motion for a reduction in his sentence pursuant to Amendment 821 of the United States Sentencing Guidelines. Losse contends that he received status points that increased the number of points for his criminal history to 20. He also claims he received points for marijuana offenses that would no longer apply.

    While it is true that Losse was given status points for being on supervision at the time of his offense, it ultimately made no difference in the Guidelines sentence range. Losse was determined to be a career offender under § 4B1.1B of the Sentencing Guidelines and, therefore, his Criminal History Category was VI. Moreover, even reducing his criminal history score by 2 points would still leave him in the same Criminal History Category, even aside from the fact that

he qualified as a career offender. Amendment 821 likewise had no effect on Losse's prior marijuana-related offenses. Given these circumstances, Losse is not entitled, nor does the court have authority, to reduce his sentence under Amendment 821 to the United States Sentencing Guidelines. His motion is, therefore, denied.

    **SO ORDERED** at Green Bay, Wisconsin this 28th day of February, 2025.

                                          William C. Griesbach
                                          United States District Judge